**No. 50210.**—Protests 958717–G, etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of manila hemp hats similar in all material respects to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), and that other items consist of hats of cellophane and ramie similar to those involved in Abstract 47291. The records in said cases were admitted in evidence herein. In accordance therewith the items of merchandise in question were held dutiable as claimed.